_ FILED _/_ LODGED
_ RECEIVED _ COPY

OCT 1 2 2000

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ Z DEPUTY

_ FILED _ LODGED
_ RECEIVED _ COPY

OCT 1 7 2000

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

MAGELLAN REAL ESTATE
INVESTMENT TRUST,

Plaintiff,

vs.

KENNETH K. LOSCH; LESLIE S.
LITWIN; DAVID C. DEWAR;
MAGELLAN REIT MANAGEMENT
LIMITED PARTNERSHIP; MAGELLAN
REIT MANAGEMENT I,
CORPORATION; MAGELLAN
DEVELOPMENT CORPORATION;
MAGELLAN RESIDENTIAL, LLC;
MAGELLAN REIT GP SHAREHOLDER
L.L.C.; MAGELLAN PROPERTIES
LIMITED PARTNERSHIP; MAGELLAN
GALLERIA PALMS PROPERTY
LIMITED PARTNERSHIP; MAGELLAN
GALLERIA PALMS PROPERTY I, L.L.C.;
MAGELLAN REAL ESTATE
INVESTMENTS, LLC; and MAGELLAN
MANAGEMENT CORPORATION.

Defendants.

NO.  CIV 99 1459 PHX ROS

**[PROPOSED] ORDER RE:
STIPULATION AND JOINT MOTION
TO EXTEND TIME TO RESPOND TO
COUNTERCLAIMS**

(First Request)

Assigned to the Honorable Roslyn O.
Silver

14156-300 / 511665

MAGELLAN REIT MANAGEMENT LIMITED PARTNERSHIP; MAGELLAN MANAGEMENT CORPORATION; MAGELLAN RESIDENTIAL, LLC; and MAGELLAN GALLERIA PALMS PROPERTY LIMITED PARTNERSHIP,

Counterclaimants,

vs.

MAGELLAN REAL ESTATE INVESTMENT TRUST; MAGELLAN ACACIA PARK LIMITED PARTNERSHIP; MAGELLAN BRADBURY PLACE LIMITED PARTNERSHIP; MAGELLAN CANTERBURY LIMITED PARTNERSHIP; MAGELLAN DOBSON SPRINGS LIMITED PARTNERSHIP; MAGELLAN EL ROYALE LIMITED PARTNERSHIP; MAGELLAN HARBOR GRAND LIMITED PARTNERSHIP; MAGELLAN LAS PALMAS LIMITED PARTNERSHIP; MAGELLAN MARYLAND MEADOWS LIMITED PARTNERSHIP; MAGELLAN NORTHWOOD LIMITED PARTNERSHIP; MAGELLAN RANCHO DE LAS BRISAS LIMITED PARTNERSHIP; MAGELLAN SEA BLUFFS LIMITED PARTNERSHIP; MAGELLAN ACACIA PARK, INC.; MAGELLAN BRADBURY PLACE, INC.; MAGELLAN CANTERBURY, INC.; MAGELLAN DOBSON SPRINGS, INC.; MAGELLAN EL ROYALE, INC.; MAGELLAN HARBOR GRAND, INC.; MAGELLAN LAS PALMAS, INC.; MAGELLAN MARYLAND MEADOWS, INC.; MAGELLAN NORTHWOOD, INC.; MAGELLAN RANCHO DE LAS BRISAS, INC.; MAGELLAN SEA BLUFFS, INC.; IAN MALLMAN and HARUKO MOTOYAMA; RAYMOND STONE and ANTONETTE STONE; KENNETH ISARD and SUSAN ISARD; and JAMES CLARK,

Counterdefendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

14156-300 / 511665

The Court, having received the Stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED that Counterdefendants may have until October 27, 2000, to respond to Counterclaims.

DATED this 16th day of October, 2000.

The Honorable Roslyn O. Silver
U.S. District Court Judge

14156-300 / 511665