FILED ___ LODGED
___ RECEIVED ___ COPY

FEB 2 1 2001

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Del Cano Properties Trust, ) | No. CIV 99-1459-PHX-SMM |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Kenneth K. Losch, et al., ) | |
| Defendants. ) | |

IT IS ORDERED that Defendants' Motion to Reset Oral Argument (filed February 15, 2001) is granted. Accordingly, the oral argument set for 10:00 a.m. on August 6, 2001 is vacated; instead, the Court will hear oral argument at 10:00 a.m. on August 13, 2001.

DATED this ___18___ day of February, 2001.

_____
Stephen M. McNamee
Chief United States District Judge