

FILED ____ LODGED
____ RECEIVED ____ COPY

NOV 01 2001

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ Z DEPUTY

____ FILED ____ LODGED
X RECEIVED ____ COPY

NOV - 7 2001

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Magellan Real Estate Investment Trust, <br><br> Plaintiff, <br><br> v. <br><br> Kenneth K. Losch; Leslie S. Litwin; David C. Dewar; Magellan REIT Management Limited Partnership; Magellan REIT Management I, Corporation; Magellan Development Corporation; Magellan Residential, LLC; Magellan REIT GP Shareholder, LLC; Magellan Properties Limited Partnership; Magellan Galleria Palms Property Limited Partnership; Magellan Galleria Palms Property I, LLC; Magellan Real Estate Investments, LLC; Magellan Management Corporation, <br><br> Defendants | No. CV 99 1459-PHX-SMM <br><br> **ORDER OF DISMISSAL WITH PREJUDICE** |



Magellan REIT Management Limited Partnership; Magellan Management Corporation; Magellan Residential, LLC; and Magellan Galleria Palms Property Limited Partnership,

Counterclaimants,

v.

Magellan Real Estate Investment Trust; Magellan Acacia Park Limited Partnership; Magellan Bradbury Place Limited Partnership; Magellan Canterbury Limited Partnership; Magellan Dobson Springs Limited Partnership; Magellan El Royale Limited Partnership; Magellan Harbor Grand Limited Partnership; Magellan Las Palmas Limited Partnership; Magellan Maryland Meadows Limited Partnership; Magellan Northwood Limited Partnership; Magellan Rancho de Las Brisas Limited Partnership; Magellan Sea Bluffs Limited Partnership; Magellan Acacia Park, Inc.; Magellan Bradbury Place, Inc.; Magellan Canterbury, Inc.; Magellan Dobson Springs, Inc.; Magellan El Royale, Inc.; Magellan Harbor Grand, Inc.; Magellan Las Palmas, Inc.; Magellan Maryland Meadows, Inc.; Magellan Northwood, Inc.; Magellan Rancho de Las Brisas, Inc.; Magellan Sea Bluffs, Inc.; Ian Mallman and Haruko Motoyama; Raymond Stone and Antonette Stone; Kenneth Isard and Susan Isard; and James Clark,

Counterdefendants.

Pursuant to the parties' Stipulation for Dismissal with Prejudice, the above-capitioned matter is hereby dismissed with prejudice, all parties to bear their own fees and costs.

DATED this _5_ day of _November_ , 2001.

UNITED STATES DISTRICT COURT


Stephen M. McNamee
United States District Judge

1049302.1